Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-2019

UNITED STATES OF AMERICA

v.   Docket No. 12-CR-688-1 (LTS)

Marco Perez

On December 16, 2015, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Marco Perez be discharged from Supervised Release.

Respectfully submitted,

by *[signature]*

Heather Korman
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __8th__ day of __November__, 20 __19__.

*[signature]*

Honorable Laura Taylor Swain
U.S. District Judge